UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
[TRENTON DIVISION]

Order Filed on July 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**NJID 687350**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1

| | |
|---|---|
| IN RE:  ANTONIO NOBRE  MARIA NOBRE | : CASE NO. 14-35692 -KCF |
| | : Hearing Date 07/26/2016 @ 10:00 AM |
| Debtor(s) | : Judge: KATHRYN C. FERGUSON |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 27, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real Property more fully described as: 19501 W COUNTRY CLUB DR UNIT #2409, AVENTURA, FL 33180.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.