**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Antonio Nobre** | Social Security number or ITIN | **xxx−xx−2765** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maria Nobre** | Social Security number or ITIN | **xxx−xx−5654** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **14−35692−KCF**

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Antonio Nobre                                                  Maria Nobre

7/27/16                                                        **By the court:**   Kathryn C. Ferguson
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-35692-KCF
Antonio Nobre                                                           Chapter 7
Maria Nobre
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2016
                              Form ID: 318             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db/jdb         +Antonio Nobre,    Maria Nobre,    22 Parkway,    Point Pleasant Beach, NJ 08742-3270
cr             +1st Constitution Bank,    2650 Route 130,    Cranbury, NJ 08512-3327
intp           +263 Realty Management, LLC,    c/o Realty Management Systems, LLC,    Attn: Mr. Sunny Uberoi,
                 26 South Valley Road,    West Orange, NJ 07052-4429
cr             +CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
intp           +Nobre Realty, LLC,    263 Ferry Street,    Newark, NJ 07105-3237
acc            +Pereira & Azevedo, LLC,    52-54 Rome Street,    Newark, NJ 07105-3339
intp           +Sol-Mar Corporation,    267 Ferry Street,    Newark, NJ 07105-3217
515349751      +1st Constitution Bank,    Gordon L. Braverman, Esq.,    Braverman & Lester,    374 Main St.,,
                 Hackensack, NJ 07601-5897
515438284      +263 Realty Management, LLC,    c/o Morris S. Bauer, Esq.,    Norris McLaughlin & Marcus, P.A.,
                 721 Route 202-206, Suite 200,    Bridgewater, NJ 08807-1784
515322521      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515242891      +CAN Capital Merchant Services, Inc.,    2015 Vaughn Road,    Building 500,
                 Kennesaw, GA 30144-7831
515242892      +Capital One Bank (USA) Inc.,    Att: Maureen Horgan, Esq.,    Lyons Doughty and Veldhuis,
                 136 Gaither Drive, Suite 100 PO Box 1269,    Mount Laurel, NJ 08054-7269
515242893      +Chrysler Financial,    PO Box 961272,    Fort Worth, TX 76161-0272
515242895       Citibank NA (The Home Depot),    Att: ARS National Services Inc.,    PO Box 463023,
                 Escondido, CA 92046-3023
515321729      +Citibank, N.A. as Successor Trustee,    Americas Servicing Company,
                 Attn: Bankruptcy Department,    3476 Stateview Blvd, MAC #D3347-014,    Fort Mill, SC 29715-7203
516168613       Extech Building Materials, Inc.,    Att: Bart J. Klein, Esq.,    2006 Millburn Avenue, Suite 101,
                 Maplewood, NJ 07040
515242896      +First Constitution Bank,    Att: Richard Copland, Sr. VP,    PO Box 634,    2650 Route 130,
                 Cranbury, NJ 08512-3327
515388433      +Genova Burns LLC,    Joseph Bottitta, Esq.,    494 Broad Street,    Newark, NJ 07102-3230
515242897      +IVL Group, LLC,    Attn: Ian Lagowitz, President,    60 Roseland Avenue,
                 Caldwell, NJ 07006-5955
515242898      +Jeffrey Itzkowitz, Esq.,    Brach Eichler,    101 Eisenhower Parkway,    Roseland, NJ 07068-1093
515666771       Ocwen  Loan Servicing, LLC,    Attn:Bankruptcy Department,    P.O. BOX 24605,
                 W. Palm Beach, FL 33416-4605
515242899      +Premium Sports Inc.,    Att: Wayne D. Lonstein, Esq.,    Lonstein Law Office PC,
                 80 North Main Street PO Box 351,    Ellenville, NY 12428-0351
515298452       Residential Credit Solutions, Inc.,    P.O. Box 163229,    Fort Worth, Texas 76161-3229
515242900       Residential Credit Solutions, Inc.,    PO Box 163349,    Fort Worth, TX 76161-3349
515242901      +Sol-Mar Corporation,    263 Ferry Street,    Newark, NJ 07105-3237
515242902       State of New Jersey-Division of Taxation,    Compliance and Enforce. Bankruptcy Unit,
                 50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695-0267
515242903      +Sunny Uberoi,    Attn: Danile J. Roy, Esq.,    2115 Millburn Avenue, Suite L1,
                 Maplewood, NJ 07040-3714
515242904      +Tenants at 265-267 Ferry Street,    Newark, New Jersey 07105-3217
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2016 23:24:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2016 23:24:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515411278       EDI: AIS.COM Jul 27 2016 23:03:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515242890       EDI: BANKAMER.COM Jul 27 2016 23:03:00      Bank of America,    PO Box 15222,
                 Wilmington, DE 19886-5222
515380517       EDI: CAPITALONE.COM Jul 27 2016 23:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515242894      +E-mail/Text: cms-bk@cms-collect.com Jul 27 2016 23:23:39     Citibank NA,
                 Att: Capital Management Services,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
515664674      +Fax: 407-737-5634 Jul 27 2016 23:59:28      Deutsche Bank National Trust Co.,
                 c/o Ocwen Loan Servicing, LLC,    1661 Worthington Rd., Ste #100,
                 West Palm Beach, FL 33409-6493
515322202       EDI: DISCOVER.COM Jul 27 2016 23:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
515515418       EDI: RMSC.COM Jul 27 2016 23:03:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515306572       EDI: RMSC.COM Jul 27 2016 23:03:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516236962      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2016 23:24:02      United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
515242905       EDI: WFFC.COM Jul 27 2016 23:03:00      Wells Fargo Bank,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 12
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2016
                              Form ID: 318             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Andrew J. Kelly    on behalf of Interested Party    Nobre Realty, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;tmccann@kbtlaw.com;mgifford@kbtlaw.com
              Bunce   Atkinson     bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              David L. Bruck     on behalf of Joint Debtor Maria  Nobre bankruptcy@greenbaumlaw.com
              David L. Bruck     on behalf of Debtor Antonio  Nobre bankruptcy@greenbaumlaw.com
              David L. Bruck     on behalf of Interested Party    Sol-Mar Corporation bankruptcy@greenbaumlaw.com
              Jeffrey A. Lester    on behalf of Creditor    1st Constitution Bank jlester@bllaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov,   jeffrey.m.sponder@usdoj.gov
              Jennifer R. Gorchow    on behalf of Creditor    Citibank, N.A. as successor Trustee to US Bank
               National Association, as Trustee for MASTR Alternative Loan Trust 2006-1,Mortgage Pass-Through
               Certificates, Series 2006-1 nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2006-1, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    Citibank, N.A. as successor Trustee to US Bank
               National Association, as Trustee for MASTR Alternative Loan Trust 2006-1,Mortgage Pass-Through
               Certificates, Series 2006-1 nj.bkecf@fedphe.com
              John R. Stoelker    on behalf of Joint Debtor Maria  Nobre jstoelker@mdmc-law.com,
               tcolombini@mdmc-law.com;sshidner@mdmc-law.com
              John R. Stoelker    on behalf of Debtor Antonio  Nobre jstoelker@mdmc-law.com,
               tcolombini@mdmc-law.com;sshidner@mdmc-law.com
              Joseph J. DiPasquale    on behalf of Joint Debtor Maria  Nobre jdipasquale@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon Et Al...
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Morris S. Bauer    on behalf of Interested Party    263 Realty Management, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Ross J. Switkes    on behalf of Joint Debtor Maria  Nobre rswitkes@trenklawfirm.com
              Ross J. Switkes    on behalf of Debtor Antonio  Nobre rswitkes@trenklawfirm.com
              Timothy Patrick McCann    on behalf of Interested Party    Nobre Realty, LLC tmccann@kbtlaw.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 19
```