UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
[TRENTON DIVISION]

Order Filed on July 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**NJID 687350**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1

| | |
|---|---|
| IN RE: | : CASE NO. 14-35692 -KCF |
| ANTONIO NOBRE | |
| MARIA NOBRE | : Hearing Date 07/26/2016 @ 10:00 AM |
| Debtor(s) | : Judge: KATHRYN C. FERGUSON |

**ORDER VACATING STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 27, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property more fully described as: 19501 W COUNTRY CLUB DR UNIT #2409, AVENTURA, FL 33180.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Antonio Nobre  
Maria Nobre  
    Debtors

Case No. 14-35692-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 28, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.  
db/jdb        +Antonio Nobre,    Maria Nobre,    22 Parkway,    Point Pleasant Beach, NJ 08742-3270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:

         Andrew J. Kelly    on behalf of Interested Party    Nobre Realty, LLC akelly@kbtlaw.com,  
         wsheridan@kbtlaw.com;cyaccarinoesq@me.com;tmccann@kbtlaw.com;mgifford@kbtlaw.com  
         Bunce Atkinson    bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
         David L. Bruck    on behalf of Interested Party    Sol-Mar Corporation bankruptcy@greenbaumlaw.com  
         David L. Bruck    on behalf of Joint Debtor Maria    Nobre bankruptcy@greenbaumlaw.com  
         David L. Bruck    on behalf of Debtor Antonio    Nobre bankruptcy@greenbaumlaw.com  
         Jeffrey A. Lester    on behalf of Creditor    1st Constitution Bank jlester@bllaw.com  
         Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee  
         jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov  
         Jennifer R. Gorchow    on behalf of Creditor    Citibank, N.A. as successor Trustee to US Bank  
         National Association, as Trustee for MASTR Alternative Loan Trust 2006-1,Mortgage Pass-Through  
         Certificates, Series 2006-1 nj.bkecf@fedphe.com  
         John Philip Schneider    on behalf of Creditor    CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK  
         NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2006-1, MORTGAGE PASS-THROUGH  
         CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com  
         John Philip Schneider    on behalf of Creditor    Citibank, N.A. as successor Trustee to US Bank  
         National Association, as Trustee for MASTR Alternative Loan Trust 2006-1,Mortgage Pass-Through  
         Certificates, Series 2006-1 nj.bkecf@fedphe.com  
         John R. Stoelker    on behalf of Joint Debtor Maria    Nobre jstoelker@mdmc-law.com,  
         tcolombini@mdmc-law.com;sshidner@mdmc-law.com  
         John R. Stoelker    on behalf of Debtor Antonio    Nobre jstoelker@mdmc-law.com,  
         tcolombini@mdmc-law.com;sshidner@mdmc-law.com  
         Joseph J. DiPasquale    on behalf of Joint Debtor Maria    Nobre jdipasquale@trenklawfirm.com,  
         cdeangelis@trenklawfirm.com  
         Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon Et Al...  
         jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Morris S. Bauer    on behalf of Interested Party    263 Realty Management, LLC msbauer@nmmlaw.com,  
         mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com  
         Ross J. Switkes    on behalf of Joint Debtor Maria    Nobre rswitkes@trenklawfirm.com  
         Ross J. Switkes    on behalf of Debtor Antonio    Nobre rswitkes@trenklawfirm.com  
         Timothy Patrick McCann    on behalf of Interested Party    Nobre Realty, LLC tmccann@kbtlaw.com  
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 19