UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.: _____14-35692_____

ANTONIO NOBRE AND MARIA           Chapter: _____7_____
NOBRE,
                                          Judge: _____KCF_____

---

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on ___November 15, 2016___ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 22 Parkway, Pt. Pleasant Beach, NJ ($550,00.00)<br><br>19501 West Country Club Drive,Apt2409, Adventura, FL ($375,000.00) |

| | |
|---|---|
| Liens on property: | Bank of America-PO Box 15222, Wilmington, DE 19886 ($635,000.00)<br><br>Wells Fargo Bank-PO Box 10335, Des Moines, IA 50306 ($320,000.00) |

| | |
|---|---|
| Amount of equity claimed as exempt: | $12,250.00<br>$0.00<br>$0.00 |

Objections must be served on, and requests for additional information directed to:

Name: _____Bunce D. Atkinson, Esq._____

Address: _____PO Box 8415, Red Bank, NJ 07701_____

Telephone No.: _____732-530-5300_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Antonio Nobre
Maria Nobre
      Debtors

Case No. 14-35692-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Oct 11, 2016
                    Form ID: pdf905   Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2016.

```
db/jdb     +Antonio Nobre,   Maria Nobre,   22 Parkway,   Point Pleasant Beach, NJ 08742-3270
cr         +1st Constitution Bank,   2650 Route 130,   Cranbury, NJ 08512-3327
intp       +263 Realty Management, LLC,   c/o Realty Management Systems, LLC,   Attn: Mr. Sunny Uberoi,
            26 South Valley Road,   West Orange, NJ 07052-4429
cr         +CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK,   Phelan Hallinan & Schmieg, PC,
            400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
intp       +Nobre Realty, LLC,   263 Ferry Street,   Newark, NJ 07105-3237
acc        +Pereira & Azevedo, LLC,   52-54 Rome Street,   Newark, NJ 07105-3339
intp       +Sol-Mar Corporation,   267 Ferry Street,   Newark, NJ 07105-3217
515349751  +1st Constitution Bank,   Gordon L. Braverman, Esq.,   Braverman & Lester,   374 Main St.,,
            Hackensack, NJ 07601-5897
515438284  +263 Realty Management, LLC,   c/o Morris S. Bauer, Esq.,   Norris McLaughlin & Marcus, P.A.,
            721 Route 202-206, Suite 200,   Bridgewater, NJ 08807-1784
515242890   Bank of America,   PO Box 15222,   Wilmington, DE 19886-5222
515322521  +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
515242892  +Capital One Bank (USA) Inc.,   Att: Maureen Horgan, Esq.,   Lyons Doughty and Veldhuis,
            136 Gaither Drive, Suite 100 PO Box 1269,   Mount Laurel, NJ 08054-7269
515380517   Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515242893  +Chrysler Financial,   PO Box 961272,   Fort Worth, TX 76161-0272
515242895   Citibank NA (The Home Depot),   Att: ARS National Services Inc.,   PO Box 463023,
            Escondido, CA 92046-3023
515321729  +Citibank, N.A. as Successor Trustee,   Americas Servicing Company,
            Attn:Bankruptcy Department,   3476 Stateview Blvd, MAC #D3347-014,   Fort Mill, SC 29715-7203
516168613   Extech Building Materials, Inc.,   Att: Bart J. Klein, Esq.,   2006 Millburn Avenue, Suite 101,
            Maplewood, NJ 07040
515242896  +First Constitution Bank,   Att: Richard Copland, Sr. VP,   PO Box 634,   2650 Route 130,
            Cranbury, NJ 08512-3327
515388433  +Genova Burns LLC,   Joseph Bottitta, Esq.,   494 Broad Street,   Newark, NJ 07102-3230
515242897  +IVL Group, LLC,   Attn: Ian Lagowitz, President,   60 Roseland Avenue,
            Caldwell, NJ 07006-5955
515242898  +Jeffrey Itzkowitz, Esq.,   Brach Eichler,   101 Eisenhower Parkway,   Roseland, NJ 07068-1093
515666771  +Ocwen Loan Servicing, LLC,   Attn:Bankruptcy Department,   P.O. Box 24605,
            W. Palm Beach, FL 33416-4605
515242899  +Premium Sports Inc.,   Att: Wayne D. Lonstein, Esq.,   Lonstein Law Office PC,
            80  North Main Street PO Box 351,   Ellenville, NY 12428-0351
515298452   Residential Credit Solutions, Inc.,   P.O. Box 163229,   Fort Worth, Texas 76161-3229
515242900   Residential Credit Solutions, Inc.,   PO Box 163349,   Fort Worth, TX 76161-3349
515242901  +Sol-Mar Corporation,   263 Ferry Street,   Newark, NJ 07105-3237
515242902   State of New Jersey-Division of Taxation,   Compliance and Enforce. Bankruptcy Unit,
            50 Barrack Street, 9th Floor,   PO Box 245,   Trenton, NJ 08695-0267
515242903  +Sunny Uberoi,   Attn: Danile J. Roy, Esq.,   2115 Millburn Avenue, Suite Ll,
            Maplewood, NJ 07040-3714
515242904  +Tenants at 265-267 Ferry Street,   Newark, New Jersey 07105-3217
515242905   Wells Fargo Bank,   PO Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2016 23:21:46     U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2016 23:21:44     United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
515411278   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2016 23:27:42
            American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
            Oklahoma City, OK  73126-8941
515242891  +E-mail/Text: BDANKO@CANCAPITAL.COM Oct 11 2016 23:20:51     CAN Capital Merchant Services, Inc.,
            2015 Vaughn Road,   Building 500,   Kennesaw, GA 30144-7831
515242894  +E-mail/Text: cms-bk@cms-collect.com Oct 11 2016 23:21:32     Citibank NA,
            Att: Capital Management Services,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
515664674  +Fax: 407-737-5634 Oct 11 2016 23:47:17   Deutsche Bank National Trust Co.,
            c/o Ocwen Loan Servicing, LLC,   1661 Worthington Rd., Ste #100,
            West Palm Beach, FL 33409-6493
515322202   E-mail/Text: mrdiscen@discover.com Oct 11 2016 23:20:54     Discover Bank,
            Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
515515418   E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2016 23:27:11     Synchrony Bank,
            c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
515306572   E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2016 23:27:11     Synchrony Bank,
            c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
516236962  +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2016 23:21:44     United States Trustee,
            One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                              TOTAL: 10
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 11, 2016
                             Form ID: pdf905           Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2016 at the address(es) listed below:

```
        Andrew J. Kelly   on behalf of Interested Party   Nobre Realty, LLC akelly@kbtlaw.com,
          wsheridan@kbtlaw.com;cyaccarinoesq@me.com;karyn@kbtlaw.com;mgifford@kbtlaw.com
        Bunce Atkinson   on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
          maraujo@atkinsondebartolo.org
        Bunce Atkinson   bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
        David L. Bruck   on behalf of Joint Debtor Maria  Nobre bankruptcy@greenbaumlaw.com
        David L. Bruck   on behalf of Debtor Antonio  Nobre bankruptcy@greenbaumlaw.com
        David L. Bruck   on behalf of Interested Party   Sol-Mar Corporation bankruptcy@greenbaumlaw.com
        Jeffrey A. Lester   on behalf of Creditor   1st Constitution Bank jlester@bllaw.com
        Jeffrey M. Sponder   on behalf of U.S. Trustee   United States Trustee
          jeffrey.m.sponder@usdoj.gov,  jeffrey.m.sponder@usdoj.gov
        Jennifer R. Gorchow   on behalf of Creditor   Citibank, N.A. as successor Trustee to US Bank
          National Association, as Trustee for MASTR Alternative Loan Trust 2006-1,Mortgage Pass-Through
          Certificates, Series 2006-1 nj.bkecf@fedphe.com
        John Philip Schneider   on behalf of Creditor   CITIBANK, N.A., AS SUCCESSOR TRUSTEE TO U.S. BANK
          NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2006-1, MORTGAGE PASS-THROUGH
          CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com
        John Philip Schneider   on behalf of Creditor   Citibank, N.A. as successor Trustee to US Bank
          National Association, as Trustee for MASTR Alternative Loan Trust 2006-1,Mortgage Pass-Through
          Certificates, Series 2006-1 nj.bkecf@fedphe.com
        John R. Stoelker   on behalf of Joint Debtor Maria  Nobre jstoelker@mdmc-law.com,
          tcolombini@mdmc-law.com;sshidner@mdmc-law.com
        John R. Stoelker   on behalf of Debtor Antonio  Nobre jstoelker@mdmc-law.com,
          tcolombini@mdmc-law.com;sshidner@mdmc-law.com
        Joseph J. DiPasquale   on behalf of Joint Debtor Maria  Nobre jdipasquale@trenklawfirm.com,
          cdeangelis@trenklawfirm.com
        Joshua I. Goldman   on behalf of Creditor   The Bank of New York Mellon Et Al...
          jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Morris S. Bauer   on behalf of Interested Party   263 Realty Management, LLC msbauer@nmmlaw.com,
          mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Ross J. Switkes   on behalf of Joint Debtor Maria  Nobre rswitkes@trenklawfirm.com
        Ross J. Switkes   on behalf of Debtor Antonio  Nobre rswitkes@trenklawfirm.com
        Timothy Patrick McCann   on behalf of Interested Party   Nobre Realty, LLC tmccann@kbtlaw.com
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 20
```