Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–35692–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Antonio Nobre
22 Parkway
Point Pleasant Beach, NJ 08742

Maria Nobre
22 Parkway
Point Pleasant Beach, NJ 08742

Social Security No.:
 xxx–xx–2765
 xxx–xx–5654

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 28, 2017

Kathryn C. Ferguson
Judge, United States Bankruptcy Court